

One North Taylor Avenue, Saint Louis, Missouri 63108
314.932.1066 / Facsimile 314.667.3161 / www.easonvoytas.com

**Invoice #:** VELEZ01
**Case:** Velez v. Crown Holdings LLC
**Hourly Rate:** $295.00
**Billing Increments:** 1/10 Hour
**Date of Invoice:** 3/27/2012
**Responsible Attorneys:** Richard A. Voytas, Jr. (RAV), James W. Eason (JWE)

| Date | Work Description | Hours Worked/Atty ID | Amount Billed |
|---|---|---|---|
| 1/13/2012 | Teleconference with Aida Velez to discuss two telephone calls from Day Knight Associates; discuss multiple potential FDCPA violations. | .8-RAV | $236.00 |
| 1/13/2012 | Conduct research on potential Defendant Day Knight Associates (actually Crown Holdings LLC) to determine size and solvency of Defendant; research prior consumer complaints and attempt to research prior litigation history (none available). | 1.5-RAV | $442.50 |
| 1/16/2012 | Research recent decisions regarding disclosure of "principal balance" in accordance with FDCPA requirements; research recent decisions regarding whether threatened credit reporting within first thirty days violates FDCPA. | 2.6-JWE | $767.00 |
| 1/16/2012 | [NO CHARGE] Research recent decisions on supposed "consent" for autodialer contact placed with creditor and not bill collector. | .6 -JWE | NO CHARGE |
| 1/17/2012 | Review telephone recordings with Defendant and collection letter dated January 4, 2012 provided by Aida Velez. | .5-RAV | $147.50 |
| 1/17/2012 | Work on drafting FDCPA portion of Petition. | 2.4-RAV | $708.00 |
| 1/17/2012 | [NO CHARGE] Work on drafting TCPA portion of Petition. | .6-RAV | NO CHARGE |
| 1/18/2012 | Prepare Motion for Appointment of Special Process Server and complete Civil Cover Sheet. | .5-RAV | $147.50 |
| 2/20/2012 | Receive telephone call from Bryan Brody regarding Defendant's assessment of this case as valueless, discuss Defendant's desire to try this matter to finality and to pursue fees against Aida Velez. Receive request to bring $1,600 settlement figure to Aida Velez. | .4-RAV | $118.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 2/21/2012 | Review Defendant's removal paperwork to determine of Motion for Remand is feasible. | .5-RAV | $147.50 |
| 2/21/2012 | Telephone conference with Aida Velez to discuss Defendant's offer and desire to try the case, etc. Discuss potential implications of rejecting settlement and accepting settlement. | .5-RAV | $147.50 |
| 2/21/2012 | Prepare short email to Bryan Brody rejecting settlement. | .1-RAV | $29.50 |
| 2/21/2012 | Amend Petition to illuminate 15 USC 1692g"overshadowing" claim specifically; prepare Motion for Leave. | .8-RAV | $236.00 |
| 2/27/2012 | Begin drafting Affidavit of Aida Velez and conduct telephone conference with Aida Velez on the same. | .6-RAV | $177.00 |
| 2/27/2012 | Work on drafting Statement of Uncontroverted Facts. | 2.0-RAV | $590.00 |
| 3/1/2012 | Finalize drafting of Aida Velez affidavit. | .5-RAV | $147.50 |
| 3/1/2012 | Work on researching overshadowing violation case law where the 1692g violation is a bi-fold threat of credit action and collection activity. Research credit threat as separate violation. | 4.9-JWE | $1445.50 |
| 3/1/2012 | Draft Motion for Summary Judgment. | 1.0-RAV | $295.00 |
| 3/2/2012 | Work on Memorandum in Support of Motion for Summary Judgment and Statement of Facts. | 5.0-RAV | $1475.00 |
| 3/3/2012 | Finalize Motion, Memorandum, Statement of Facts and exhibits for filing. | 1.2-RAV | $354.00 |
| 3/5/2012 | Receive telephone call from Aida Velez requesting status update; confirm Summary Judgment filed. | .2-RAV | $59.00 |
| 3/6/2012 | Review and analyze Defendant's Answer and Affirmative Defenses. | 1.0-RAV | $295.00 |
| 3/7/2012 | Review Rule 16 Order from the Court. | .3-RAV | $88.50 |
| 3/23/2012 | Review Joint Scheduling Plan proposed by Defendant and briefly comment on same. | .5-JWE | $147.50 |
| 3/26/2012 | Receive and begin review of Response to Motion for Summary Judgment and Affidavit in support thereof; begin researching cases cited by Defendant to prepare Reply. | 5.8-RAV | $1711.00 |
| 3/27/2012 | Work on drafting Reply brief. NO TIME BILLED AFTER RECEIPT OF OFFER OF JUDGMENT AT 3:32PM. | 4.6-RAV | $1357.00 |
| 3/27/2012 | Receive and review Offer of Judgment. Conference with Aida Velez on the same. | .5-RAV | $147.50 |
| | **TOTAL DUE** | Total Hours: 39.9 (Billed Hours = 38.7) | $11,416.50 |