EXHIBIT 10



One North Taylor Avenue, Saint Louis, Missouri 63108
314.932.1066 / Facsimile 314.667.3161 / www.easonvoytas.com

**Invoice #:** PLOCH01
**Case:** Ploch v. MRS BPO, LLC
**Hourly Rate:** $295.00
**Billing Increments:** 1/10 Hour
**Date of Invoice:** 3/29/2012
**Responsible Attorneys:** Richard A. Voytas, Jr. (RAV), James W. Eason (JWE)

| Date | Work Description | Hours Worked/Atty ID | Amount Billed |
|---|---|---|---|
| 2/9/2012 | Meet with Arric Ploch and review collection correspondence and recorded telephone call from February 8 and discuss concerns about debt amount being higher than client recorded. Discuss options for disputing debt, requesting validation, and potential litigation. | 2.5-RAV | $737.50 |
| 2/9/2012 | Research potential Defendant MRS BPO for history of non-compliance with FDCPA, consumer complaints, and ability to satisfy judgment. | 1.5-JWE | $442.50 |
| 2/10/2012 | Receive and review additional collection correspondence from client dated February 8. Discuss breach of FDCPA with client and receive request to file suit. Discuss litigation strategy and timeline. | .5-RAV | $147.50 |
| 2/18/2012 | Legal Research on 15 USC 1692g "overshadowing" violation in preparation of drafting of Petition. | 1.5-RAV | $442.50 |
| 2/18/2012 | Work on drafting Petition. | 2.5-RAV | $737.50 |
| 2/19/2012 | Work on drafting Petition. | 1.5-RAV | $442.50 |
| 2/20/2012 | Locate Process Server in Springfield, Illinois and negotiate service rate. Prepare Motion for Appointment of Special Process Server accordingly. | .5-JWE | $147.50 |
| 2/20/2012 | Finalize and file Petition and Motion for Special Process Server. | .5-JWE | $147.50 |
| 2/21/2012 | Receive Summons; forward to process server. | .2-JWE | $59.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 2/29/2012 | Received call from process server confirming service. Request Notarized Return and receive the same from process server. | .2-JWE | $59.00 |
| 3/2/2012 | Received call from client requesting update; discuss service and timeline for response. | .5-RAV | $147.50 |
| 3/14/2012 | Receive email from opposing counsel Cindy Salvo requesting settlement demand. Telephone client and obtain authority to resolve suit. Draft email to Cindy Salvo providing settlement terms. | .8-RAV | $236.00 |
| 3/14/2012 | Receive nuisance value settlement offer from Cindy Salvo. Telephone client and inform client of offer. Receive instructions from client to reject nuisance value offer and to begin working up the case on the merits. Draft email to Cindy Salvo rejecting offer and explaining that Plaintiff wanted to work up case on the merits. | .5-RAV | $147.50 |
| 3/14/2012 | Begin working on drafting Affidavit of Arric Ploch in support of Motion for Summary Judgment. | .5-RAV | $147.50 |
| 3/14/2012 | Begin drafting Statement of Uncontroverted Facts in support of Motion for Summary Judgment. | 2.0-RAV | $590.00 |
| 3/15/2012 | Finalize Affidavit of Arric Ploch. Meet with client and review affidavit and edit accordingly. | 1.0-RAV | $295.00 |
| 3/15/2012 | Finalize Statement of Uncontroverted Facts with edited Affidavit of Arric Ploch. | .8-RAV | $236.00 |
| 3/15/2012 | Work on researching 1692g summary judgment cases in 8th Circuit and in EDMO; work on drafting Memorandum in Support of Motion for Summary Judgment. | 6.5-RAV | $1917.50 |
| 3/16/2012 | Draft Motion for Summary Judgment. | 1.0-RAV | $295.00 |
| 3/16/2012 | Finalize Memorandum in Support of Motion for Summary Judgment and prepare all exhibits for filing. | 5.5-RAV | $1622.50 |
| 3/16/2012 | Draft email to Cindy Salvo serving MSJ and related documents. | .2-RAV | $59.00 |
| 3/21/2012 | Receive and review removal documents from e-filing system; review to determine if Motion for Remand appropriate. | .5-RAV | $147.50 |
| 3/21/2012 | Reformat and refile Motion for Summary Judgment in United States District Court for the Eastern District of Missouri such that Motion will be in compliance with Local Rules. Forward new copies to opposing counsel. | .5-RAV | $147.50 |
| 3/23/2012 | Complete consent to magistrate form. | .2-RAV | $59.00 |
| 3/24/2012 | Receive and review Offer of Judgment from Defendant conceding liability for actual and statutory damages; telephone client on same. | 1.0-RAV | $295.00 |
| **TOTAL DUE** | | Total Hours: 32.9 | $9,705.50 |